March 12, 1970

## Commonwealth *v.* Barnwell, Appellant.

Submitted September 10, 1969. *David Kairys* and *Melvin Dildine*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *Victor J. DiNubile, Jr.* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.